

# Fourth Court of Appeals
## San Antonio, Texas

January 5, 2021

No. 04-20-00346-CV

**IN THE INTEREST OF J.V.O. AND J.R.O.**

From the 166th Judicial District Court, Bexar County, Texas
Trial Court No. 2015-CI-02697
Honorable Antonia Arteaga, Judge Presiding

# O R D E R

Appellant filed a brief on December 31, 2020, and on January 4, 2021, appellant filed a motion to amend his brief. Appellant's brief is materially deficient in that it does not contain a table of contents or index of authorities; neither the statement of the case nor the statement of facts is supported by record references; the argument does not contain appropriate citations to authorities and to the record; and the brief does not include an appendix. See TEX. R. APP. P.38.1(b), (c), (d), (g), (i), (k).

We grant the motion to amend the brief and **order** appellant to file an amended brief by **January 18, 2021.** If a timely amended brief that corrects these deficiencies is not filed, the court may strike the brief, prohibit appellant from filing another, and proceed as if appellant had failed to file a brief. *See* TEX. R. APP. P. 38.9(a), 38.8(a).

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 5th day of January, 2021.

_____
Michael A. Cruz,
Clerk of Court